IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANCIS H. WHITE, III,

    Plaintiff,

v.                                                                     No. 14-cv-0429 CG/SMV

JAMIE L. LAWRENCE;
BRENDA LAWRENCE;
LEGACY MORTGAGE, LLC; and
GABE JOSEPH;

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File First Amended Complaint [Doc. 8], filed on June 6, 2014. Plaintiff requests leave to amend his complaint. However, the Court already ordered Plaintiff to amend his complaint no later than June 9, 2014, in order to make the necessary jurisdictional allegations. [Doc. 6]. Additionally, Plaintiff was entitled to amend him complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). Accordingly, leave is not required to amend the Complaint. The motion will be denied as moot.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Leave to File First Amended Complaint [Doc. 8] is **DENIED as moot**.

**IT IS SO ORDERED.**

                                                                **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**