IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANCIS WHITE III,

     Plaintiff,

v.                                                                          Civ. No. 14-429 MCA/KK

JAMIE LAWRENCE *et al.*,

     Defendants.

## ORDER STAYING DISCOVERY

THIS MATTER comes before the Court on Defendants' Unopposed Motion for a Stay of Discovery (Doc. 31), filed October 27, 2014.  In this motion, Defendants move the Court to stay discovery pending resolution of their motion to dismiss Plaintiff's claims for lack of federal jurisdiction (Doc. 18), filed September 8, 2014.  According to Defendants, Plaintiff does not oppose this motion.  Having reviewed the parties' submissions, considered the legal bases for Defendants' motion, and noted Plaintiff's lack of opposition to it, the Court finds that Defendants' Motion for a Stay of Discovery is well taken and is GRANTED.

IT IS THEREFORE ORDERED that discovery in this case is stayed pending resolution of Defendants' Motion to Dismiss.  It is further ordered that the deadlines set forth in the Court's October 17, 2014 Initial Scheduling Order (Doc. 30), and the Rule 16 Initial Scheduling Conference set for December 3, 2014 at 9:30 a.m., are hereby vacated.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE